# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CYNTHIA C. JONES AND DANIEL M. JONES, | : | No. 34 MAL 2016 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MCNAUGHTON HOMES, AND | : | |
| HAMPTON CONSTRUCTION | : | |
| MANAGMENT, LIMITED D/B/A | : | |
| HAMPTON CONSTRUCTION, LIMITED, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter